AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCGUIRE, | Case No. 3:23-cv-00551-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Plaintiff, Robert McGuire, pro se, and Defendants, Allred, William Gittere, Tasheena Cooke, Sandra Rose-Thayer, and Jane Doe, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 31st day of October, 2024.   DATED this 31st of October, 2024.

AARON D. FORD
Attorney General

By: /s/ Robert McGuire  
Robert McGuire #83383
Plaintiff, Pro Se

By: */s/ Samuel L. Pezone Jr.*
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

DATED this 4th day of November 2024.

IT IS SO ORDERED:

_____
Miranda M. Du. U.S. District Judge